UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON KRAKOW,

        Plaintiff,        Case no. 13-14388
                                     Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is a report and recommendation filed on March 2, 2015 by Magistrate Judge Michael Hluchaniuk. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: March 23, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 23, 2015, using the ECF system.

s/William Barkholz
Case Manager